UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Anthony R. Sales #218193

Case No.  16-mc-80098-JD

**ORDER OF SUSPENSION**

Because Anthony R. Sales has failed to respond to the Order to Show Cause, Anthony R. Sales membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  June 17, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Anthony R. Sales #218193 | Case No.  16-mc-80098-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/17/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

ANTHONY R SALES
2333 W March Ln Ste. C2
STOCKTON, CA 95207

Dated: 6/17/2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato